# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

GLENN SCOTT SNYDER                                               PLAINTIFF

v.                                    No. 3:25-cv-161-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                          DEFENDANT

## ORDER

The parties agree that Snyder is entitled to an award of attorney's fees.  Snyder's motion, *Doc. 17*, is therefore granted.  The hours billed and agreed fee are reasonable.  The Court awards $5,698.56 as an attorney's fee, subject to any offset to satisfy any preexisting debt owed to the United States.  28 U.S.C. § 2412(d); *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010).  The check must be made payable to Snyder.  And it should be mailed to Snyder's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
16 June 2026